IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARISELA M. DELGADO ON BEHALF OF M.R.D., A MINOR,

      Plaintiff,

vs.                                                                                                    No. 20-cv-703-KRS

ANDREW SAUL,
Commissioner of Social Security Administration,

      Defendant.

## ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE

THIS MATTER coming before the Court upon Plaintiff's Application To Proceed In Forma Pauperis, the Court having considered the Affidavit and Application, FINDS that the Application is well-taken and should be GRANTED.

IT IS HEREBY ORDERED that this action is authorized to proceed without the payment of the filing fee, costs, or security therefore, pursuant to 28 U.S.C. § 1915.

_____
United States Magistrate Judge Kevin R. Sweazea