IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARISELA M. DELGADO, O/B/O M.R.D., A MINOR,**

    **PLAINTIFF,**

vs.                                                 Case No. 20-CV-703-KRS

**ANDREW SAUL,**
**COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION,**

    **DEFENDANT.**

### AGREED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE BRIEFS

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Briefs (Doc. # 22), and Defendant having no objection, the Court being fully advised FINDS that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand shall be filed no later than **May 18, 2021**, Defendant's Response shall be filed no later than **July 19, 2021** and Plaintiff may file a Reply and shall file a Notice of Completion of Briefing no later than **July 30, 2021**.

IT IS SO ORDERED.

                                                                     _____
                                                                     THE HONORABLE KEVIN R. SWEAZEA
                                                                     UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

*/s/ Feliz M. Martone*
Feliz M. Martone
MARTONE LAW FIRM
Attorneys for Plaintiff
111 Lomas Blvd. NW, Suite 400
Albuquerque, New Mexico  87102
Telephone:  (505) 883-1260

APPROVED BY:

*Email approval April 27, 2021*
Christina Valerio
Attorney for Defendant