IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARISELA DELGADO OBO M.R.D.,
A MINOR,

    **Plaintiff,**

    vs.                                               CIV NO. 1:20-cv-00703-KRS

KILOLO KIJAKAZI,
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 25) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 24), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until August 18, 2021, to file a response, and Plaintiff shall have until September 1, 2021, to file a reply.

                                                           _/s/ Kevin Sweazea_
                                                           KEVIN R. SWEAZEA
                                                           United States Magistrate Judge

SUBMITTED AND APPROVED BY:
_Electronically submitted_
CHRISTINA VALERIO
Special Assistant United States Attorney

_Electronically approved_
FELIZ M. MARTONE
Attorney for Plaintiff