IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARISELA DELGADO FOR M.R.D., A MINOR,

    Plaintiff,

vs.                                            Case No. 20-CV-703-KRS

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY**

THIS MATTER is before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Reply, (Doc. 31). This is Plaintiff's third motion for an extension of time in this case. *See* (Docs. 22 and 29). Plaintiff's motions to extend her reply deadlines were both filed after the deadlines had passed. *See* (Doc. 29) (filed September 13, 2021 asking for an extension of Plaintiff's September 1, 2021 deadline), and (Doc. 31) (filed September 20, 2021 asking for an extension of Plaintiff's September 15, 2021 deadline). Nevertheless, since this motion is unopposed and Plaintiff states she requires an extension due to a recent covid quarantine, the Court will grant the Motion. No further extensions will be granted.

IT IS THEREFORE ORDERED that Plaintiff's Reply and Notice of Completion of Briefing is due no later than **October 14, 2021**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

*/s/ Feliz M. Martone*
Feliz M. Martone
MARTONE LAW FIRM
Attorneys for Plaintiff
111 Lomas Blvd. NW, Suite 400
Albuquerque, New Mexico   87102
Telephone:  (505) 883-1260

APPROVED BY:

*Email approval September 15, 2021*
Kathryn Bostwick
Attorney for Defendant