IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARISELA M. DELGADO,
on behalf of M.R.D., a minor,

    Plaintiff,

vs.                                                        No. 1:20-CV-00703-KRS

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Having denied Plaintiff's Motion to Reverse and Remand (Doc. 24) in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff and in favor of the Commissioner of the Social Security Administration.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**